## P. C. HELP SERVICES, INC. *v.*
## NUSOLUTIONS, LLC, ET AL.
## (AC 22721)

Dranginis, Flynn and West, Js.

Argued February 11—officially released March 11, 2003

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.

Per Curiam. The judgment is affirmed.